IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MUSTAFA WILLIAMS,<br><br>    Plaintiff<br><br>vs.<br><br>MICHELLE CROWTHER, UNIT MANAGER DOUGLAS DICKEY, SERGEANT MONTOUR, SERGEANT BLOSS, CORRECTIONAL OFFICER MENTEER and FACILITY MANAGER OVERMEYER,<br><br>    Defendants | Case No. 1:20-cv-00337 (Erie)<br><br>HON. RICHARD A. LANZILLO<br>UNITED STATES MAGISTRATE JUDGE<br><br>ORDER ON MOTION TO DISMISS<br><br>ECF NO. 16 |

Presently before the Court is Defendants' Motion to Dismiss Plaintiff Mustafa Williams' Amended Complaint for Failure to State A Claim (ECF No. 16). For the reasons set forth in the accompanying Memorandum Opinion (ECF No. 22), the Defendants' motion is GRANTED and this action is DISMISSED, as follows:

    1.    The Fifth Amendment Claims (construed as Fourteenth Amendment Claims) against the Defendants are DISMISSED with prejudice as any attempt at amendment would be futile;

    2.    The First Amendment retaliation claim against Defendant Bloss is DISMISSED without prejudice to further amendment. The Plaintiff may file a Second Amended Complaint against Defendant Bloss within fourteen (14) days of the date of this order.

Ordered and Entered this 3rd day of August, 2021.

*/s/ Richard A. Lanzillo*
HON. RICHARD A. LANZILLO
United States Magistrate Judge