IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MUSTAFA WILLIAMS, | ) | |
| | ) | |
| Plaintiff | ) | Case No. 1:20-cv-00337 (Erie) |
| | ) | |
| vs. | ) | |
| | ) | HON. RICHARD A. LANZILLO |
| MICHELLE CROWTHER, ET AL., | ) | UNITED STATES MAGISTRATE JUDGE |
| | ) | |
| Defendants | ) | ORDER DISMISSING CLAIM WITH |
| | ) | PREJUDICE |
| | ) | |

On August 3, 2021, this Court entered an Order dismissing the Plaintiff Mustafa Williams' ("Plaintiff") Fifth Amendment claims (construed as Fourteenth Amendment claims) against the Defendants. ECF No. 23. These claims were dismissed with prejudice as any attempt at amendment would be futile. *Id.* The Plaintiff's First Amendment retaliation claim against Defendant Bloss was dismissed without prejudice, however, and the Plaintiff was given an additional fourteen (14) days to file a Second Amended Complaint against that Defendant. *Id.* Any amended pleading against Defendant Bloss would have been due on or before Tuesday, August 17, 2021. As of today, no such amended pleading has been filed nor has the Plaintiff asked for an extension of time to do.

Therefore, given the Plaintiff's failure to file an amended pleading against Defendant Bloss within the time allotted, the claims against him are now dismissed with prejudice. The Clerk of Court is directed to mark this case CLOSED on the Court's docket as of today's date.

Entered this 10th day of September, 2021.

_____
HON. RICHARD A. LANZILLO
United States Magistrate Judge